No. 02–695. FITZGERALD, TREASURER OF IOWA *v.* RACING ASSOCIATION OF CENTRAL IOWA ET AL. Sup. Ct. Iowa. [Certiorari granted, 537 U. S. 1152.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–524. PRICE, WARDEN *v.* VINCENT. C. A. 6th Cir. [Certiorari granted *sub nom. Jones* v. *Vincent,* 537 U. S. 1099.] Motion of Texas et al. to consider out-of-time motion to participate in oral argument as *amici curiae* and for divided argument denied.

APRIL 21, 2003

No. 01–1722. SAN PAOLO U. S. HOLDING CO., INC. *v.* SIMON, DBA LIBERTY PAPER CO. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408.

No. 02–130. DEKALB GENETICS CORP. *v.* BAYER CROP-SCIENCE, S. A. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co. v. Campbell, ante,* p. 408.

No. 02–342. KEY PHARMACEUTICALS, INC., ET AL. *v.* EDWARDS. Ct. App. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408. JUSTICE BREYER took no part in the consideration or decision of this case.

No. 02–370. ANCHOR HOCKING, INC. *v.* WADDILL. Ct. App. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell, ante,* p. 408.